MATTHEW P. LEWIS (State Bar No. 155516)
JONATHAN A. ALON (State Bar No. 265102)
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
Email:    mlewis@whitecase.com
Email:    jalon@whitecase.com

Attorneys for Plaintiff
GURU DENIM, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ARE, INC., a Japanese corporation,<br><br>          Defendant. | Case No.  CV 11-06783-GW(FMOx)<br><br>**ORDER OF DISMISSAL OF ACTION** |
| ARE, INC., a Japanese corporation,<br><br>          Counterclaimant,<br><br>     v.<br><br>GURU DENIM, INC., a California corporation,<br><br>          Counter-Defendant | |

LOSANGELES 982836 (2K)

[PROPOSED] ORDER GRANTING JOINT *EX PARTE* APPLICATION TO STAY PROCEEDINGS

1    IT IS HEREBY ORDERED THAT Guru's Complaint against ARE shall be
2 dismissed with prejudice under FRCP 41(a)(1)(A)(ii).
3    IT IS FURTHER ORDERED THAT ARE's Counterclaim against Guru shall
4 be dismissed with prejudice under FRCP 41(a)(1)(A)(ii) and FRCP 41(c).
5    Guru and ARE agree that each party shall bear its own costs.

7    **IT IS SO ORDERED.**

8 DATED:  November 25, 2013                    _____
9                                              Honorable George H. Wu
                                               United States District Judge